

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00837-CV

**IN THE INTEREST OF K.N.A.**, J.R.A., K.Y.A., J.C.A., Children

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-001498-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is indigent.

SIGNED March 4, 2020.

_____
Rebeca C. Martinez, Justice